IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**

MAY - 3 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:23 CR 00250 |
| v. ) | |
| ) | Title 21, United States Code, |
| QUINTON PARRIES, ) | Sections 841(a)(1), (b)(1)(C), |
| ) | and 846 |
| Defendant. ) | |
| | **JUDGE ADAMS** |

COUNT 1
(Conspiracy to Possess with Intent to Distribute Methamphetamine,
21 U.S.C. § 846)

The Grand Jury charges:

1. From on or about June 16, 2021 to on or about April 13, 2023, in the Northern District of Ohio, Eastern Division, Defendant QUINTON PARRIES, and others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with others known and unknown to the Grand Jury, to possess with intent to distribute a mixture and substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant QUINTON PARRIES shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violation; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002